United States Courts
Southern District of Texas
FILED

August 29, 2023

Nathan Ochsner, Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Garcia-Garcia, Jorge Alexis, YOB: 1997, Mex<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) )  Case No. 7:23-MJ-01522-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 29, 2023____ in the county of ____Hidalgo____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC, 841 (a)(1) | Knowingly and Intentionally Possess with Intent to Distribute approx. 169 kilograms of marijuana Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A". Approved by: AUSA Jose Garcia

☑ Continued on the attached sheet.

/s/ Joseph Lucio
_Complainant's signature_

Joseph Lucio / DEA Speical Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/29/2023 at 8:09 p.m.

_Judge's signature_

City and state: McAllen, Texas

J. Scott Hacker / U.S. Magistrate Judge
_Printed name and title_

On August 29, 2023, at approximately 4:20 a.m., U.S. Border Patrol (USBP) agents observed several subjects carrying large square objects, consistent with narcotic bundles, walking north towards the riverbank on the Mexican side of the border.

At approximately 7:00 a.m., USBP agents observed a green in color SUV driven by a male subject, later identified as Jorge Alexis Garcia-Garcia, hereinafter referred to as Garcia-Garcia, driving southbound towards the Rio Grande River at a high rate of speed. USBP agents then advised via service radio that several individuals were loading large brown bundles into the bed of the green SUV. In the past, this area has often been used to smuggle narcotics into the country, due to its proximity to the river and a major road. This information was relayed to agents working nearby, who then began to respond to the area.

USBP agents were traveling southbound and observed a green in color SUV heading south over the levee when Garcia-Garcia came to a stop and reversed to go back north. USBP agents in a marked unit, activated their emergency equipment, as they approached the green SUV. Garcia-Garcia then drove around the USBP unit and proceeded to go north on McManus Road at a high rate of speed. Once Garcia-Garcia observed other USBP units he began to evade units and until the green SUV became stuck in an open field.

USBP agents then approached the green SUV and apprehended Garcia-Garcia, who was seating in the driver seat. USBP agents also observed what appeared to be several large brown bundles in the bed and inside the SUV.

The bundles were secured by USBP agents and transported to the Weslaco Border Patrol Station for processing. The bundles yielded total gross weight of approximately 169 kilograms and the green leafy contents tested positive for marijuana.

At approximately 10:17 a.m., DEA agent arrived at the USBP station to interview Garcia-Garcia. Under Miranda advisement and waiver, Garcia-Garcia admitted knowledge to transporting a shipment of marijuana and would receive two thousand dollars upon delivery.